# *IN THE DISTRICT COURT OF THE UNITED STATES*
## *for the Western District of New York*

**November 2010 GRAND JURY**
**(Empaneled 11/5/2010)**

**THE UNITED STATES OF AMERICA**

*-vs-*

**SAMVEL ISKANDARYAN**

**INDICTMENT**

**Violations:**
Title 18, United States Code, Section 1001(a)(2); and Title 8, United States Code, Sections 1325(a)(1) and (2)
(2 Counts)

### COUNT I
(False Statement)

**The Grand Jury Charges That:**

On or about March 8, 2010, at Lewiston, New York, in the Western District of New York, the defendant, SAMVEL ISKANDARYAN, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly, willfully and unlawfully make materially false, fictitious and fraudulent statements and representations, in that the defendant, SAMVEL ISKANDARYAN, when questioned about his landing in a raft at the Lewiston Landing, falsely stated and represented to a United States Border Patrol agent that he had launched his raft from the United States near Artpark at Lewiston, New York, when in fact, as the defendant, SAMVEL ISKANDARYAN, then and there knew, he had launched his raft from Canada.

**All in violation of Title 18, United States Code, Section 1001(a)(2).**

**COUNT II**
(Improper Entry By Alien)

**The Grand Jury Further Charges That**:

On or about March 8, 2010, at Lewiston, New York, in the Western District of New York, the defendant, SAMVEL ISKANDARYAN, an alien and citizen of Armenia, did knowingly enter and attempt to enter the United States at a place other than as designated by immigration officers, that is, the Lewiston Landing, in Lewiston, New York, and did knowingly elude examination and inspection by immigration officers.

**All in violation of Title 8, United States Code, Sections 1325(a)(1) and (2).**

Dated:    Buffalo, New York, November 17, 2010.

                        WILLIAM J. HOCHUL, JR.
                        United States Attorney

             BY:    S/ERIC M. OPANGA
                    ERIC M. OPANGA
                    Assistant U.S. Attorney
                    United States Attorney's Office
                    Western District of New York
                    138 Delaware Avenue
                    Buffalo, New York 14202
                    (716)843-5700, ext. 821
                    eric.opanga@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON